**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NESAR AHMED,

        Plaintiff,

v.                                                                                              Case No:   6:25-cv-742-JSS-LHP

WOOD GROUP USA, INC.,

        Defendant

---

**ORDER**
(and Direction to Clerk)

This cause comes before the Court following a Case Management Conference pursuant to the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program, held today. Doc. Nos. 9, 28, 30. As discussed with the parties at the Conference, it is **ORDERED** as follows:

1. Plaintiff's oral motion to receive case notifications via email (Doc. No. 29) is **GRANTED**. *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Clerk of Court is directed to add Plaintiff's email address, nesaruahmed@gmail.com, to CM/ECF and ensure that Plaintiff receives

Notices of Electronic Filings.[1]  The Court also notes Plaintiff's consent to service by email of all court documents going forward from Defendant.  *See* Fed. R. Civ. P. 5(b)(2)(E), (F).

2.  Within **seven (7) days** of this Order, the parties shall either file a fully executed Stipulated Consent to the IDEAL Program and Magistrate Judge Authority signed by all parties (unilateral consents should not be filed) or submit the standard Case Management Report.  *See* Doc. No. 9, ¶ 4.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] This Order authorizes receipt of Court filings by email alone.  Plaintiff may submit his filings online through the Court's web portal, *see Moore*, 2023 WL 4947933, at *1, or to the Clerk's office by mail.